**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BETH HOSELTON-GRAY,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04135

Judge Mary M. Rowland

Magistrate Judge Maria Valdez

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, BETH HOSELTON-GRAY ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on May 13, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and PayPal, Inc. ("PayPal") marketplaces, as identified and provided by third parties for Defendants.

4. I hereby certify that on or before May 13, 2026, I electronically published the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service on a website.

5. I hereby certify that on May 13, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at Amazon, Temu, and PayPal marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*