**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BETH HOSELTON-GRAY,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04135

Judge Mary M. Rowland

Magistrate Judge Maria Valdez

# STATUS REPORT

Plaintiff, BETH HOSELTON-GRAY ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [20].

Plaintiff is currently investigating and analyzing the Defendants' physical addresses in light of the Seventh Circuit's opinion in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 2026 WL 1502198 (7th Cir. 2026). Plaintiff will move for entry of default and default judgment against the remaining defendants once the investigation and analysis is complete. Plaintiff respectfully asks for an additional thirty (30) days to file the motion or an additional status report.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt