**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BETH HOSELTON-GRAY,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04135

Judge Mary M. Rowland

Magistrate Judge Maria Valdez

## STATUS REPORT

Plaintiff, BETH HOSELTON-GRAY ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [22].

Plaintiff's investigation has identified plausible, serviceable addresses for a number of Defendants. Plaintiff has initiated service of process under the Hague Convention for these defendants. At this time, service of process has not yet been completed. Accordingly, Plaintiff respectfully asks for an additional forty-five (45) days to file proof of service or an additional status report.

DATED: October 16, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 16, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt